UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

―――――――――――――――――――――x
:
UNITED STATES OF AMERICA,      :
:
*Plaintiff,*                   :
:
*v.*                           :
:
MICAH A. FRITZINGER,           :
:
*Defendant.*                   :   No. 4:18 Civ. 00121
―――――――――――――――――――――x

## COMPLAINT

The United States, pursuant to 26 U.S.C. § 7401, with the authorization of a delegate of the Secretary of the Treasury, and at the direction of a delegate of the Attorney General, brings this civil action to obtain a money judgment for the income tax liabilities, with statutory accruals, of Micah A. Fritzinger.

For its Complaint, the United States alleges as follows:

### *Jurisdiction and Parties*

1.Jurisdiction over this action arises under 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

2.Venue is proper as the defendant lives in this district and the tax liability at issue accrued in this district. 28 U.S.C. §§ 1391(b) and 1396.

3.Plaintiff is the United States of America.

4. Defendant Micah A. Fritzinger ("the Defendant") resides in Floyd County, Indiana, within the jurisdiction of this Court.

5. On the dates set forth below, a delegate of the Secretary of the Treasury made the following income tax assessments against the Defendant for income taxes for the 2003, 2004, 2005 and 2006 tax years; penalties for failure to make required quarterly estimated payments of tax for the 2003, 2005 and 2006 tax years; penalties for failure to timely file returns for the 2003, 2004, 2005 and 2006 tax years; penalties for failure to timely pay taxes for the 2003, 2004, 2005 and 2006 tax years; and fees and collection expenses for the 2003 and 2005 tax years::

| Tax Year | Assessment Date | Unpaid Tax and Penalties | Interest to 7/11/2018 | Balance Due as of 7/11/2018 |
| --- | --- | --- | --- | --- |
| 2003 | 8/17/2008 | $6,940.15 | $5,524.89 | $12,465.04 |
| 2004 | 8/17/2008 | $4,138.43 | $3,072.88 | $7,207.31 |
| 2005 | 7/14/2008 | $7,678.05 | $6,518.43 | $14,196.48 |
| 2006 | 8/17/2008 | $3,502.86 | $1,838.27 | $5,341.13 |

TOTAL: $39,209.96

6. A delegate of the Secretary of the Treasury duly gave the Defendant notice of the tax assessments described in paragraph 5, above, and made a demand for payment.

7. Despite such notice and demand, the Defendant failed, neglected, or refused to pay in full the liabilities described in paragraph 5, above and after taking into account all payments, credits, and abatements, he remains indebted to the United States in the total amount of $39,209.96 as of July 11, 2018.

WHEREFORE, the United States requests that this Court enter judgment in favor of the United States and against Micah A. Fritzinger in the amount of $39,209.96, plus interest and other statutory additions according to law from July 11, 2018, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), for the unpaid income tax liabilities for the 2003, 2004, 2005 and 2006 tax years, and award the United States its costs and such further relief as the Court deems just and proper.

Dated:  July 11, 2018

                RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General

                */s/ Sarah T. Mayhew*
                SARAH T. MAYHEW, Bar No. 2027787
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 55
                Washington, D.C.  20044
                202-616-1929 (v)
                202-514-5238 (f)
                Sarah.T.Mayhew@usdoj.gov

Of Counsel:

Joshua J. Minkler
United States Attorney

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| United States of America ; | Micah A. Fritzinger ; |
| **County of Residence:** Outside This District | **County of Residence:** Floyd County |

**County Where Claim For Relief Arose:** Floyd County

**Plaintiff's Attorney(s):**

Sarah T. Mayhew ( United States of America)
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 10044
**Phone:** 202-616-1929
**Fax:** 202-514-3284
**Email:** sarah.t.mayhew@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 870 Tax Suits (U.S. a party)
**Cause of Action:** 26:7402x1
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 40
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Sarah T. Mayhew

**Date:**  7/11/2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:18 cv 00121 |
| MICAH A. FRITZINGER, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MICAH A. FRITZINGER
5528 State Road 62
Georgetown, Indiana 47112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah T. Mayhew
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18 cv 00121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICAH A. FRITZINGER
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: